**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-6023**

———————

EDDIE LEE GORDON,

                              Petitioner - Appellant,

        versus

RUTH   YANCEY,   Warden;   FEDERAL   BUREAU   OF
PRISONS, Director; UNITED STATES OF AMERICA,

                              Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry F. Floyd, District Judge.
(CA-05-2929)

———————

Submitted:  November 3, 2006      Decided:  November 28, 2006

———————

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Eddie Lee Gordon, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Eddie Lee Gordon, a federal prisoner, appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition, and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Gordon v. Yancey</u>, No. CA-05-2929 (D.S.C. Nov. 28, 2005; Dec. 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>